UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEFF RICHARDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WATCO SUPPLY CHAIN SERVICES, LLC,<br><br>　　　　Defendant. | CASE NO. 2:20-CV-05241<br><br>JUDGE EDMUND A. SARGUS<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Jeff Richards and Defendant Watco Supply Chain Services, LLC, by and through counsel, hereby state that all claims asserted in this action are hereby dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Sharon Cason-Adams (per 1/6/2021 email consent)*<br>Sharon Cason-Adams (0067550)<br>Agee Clymer<br>140 East Town Street, Suite 100<br>Columbus, OH 43215<br>Ph:  614-221-3318<br>Fax: 614-221-7308<br>scasonadams@ageeclymer.com<br><br>*Attorney for Plaintiff Jeff Richards* | */s/ Natalie M. Stevens*<br>Natalie M. Stevens (0079963)<br>Samuel H. Ottinger (0099034)<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>127 Public Square<br>4100 Key Tower<br>Cleveland, OH  44114<br>Ph:　216.241.6100<br>Fax:　216.357.4733<br>Email: natalie.stevens@ogletree.com<br>　　　　samuel.ottinger@ogletree.com<br><br>*Attorneys for Defendant Watco Supply Chain Services, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 7, 2021, a copy of the foregoing *Stipulation of Dismissal* was filed electronically with the Clerk of Court using the CM/ECF system.  Parties, including the following counsel of record, may access this filing through the Court's system:

Sharon Cason-Adams
Agee Clymer
140 East Town Street, Suite 1100
Columbus, OH 43215
scasonadams@ageeclymer.com

*Attorney for Plaintiff Jeff Richards*

                                        */s/ Natalie M. Stevens*
                                        *One of the Attorneys for Defendant Watco Supply Chain Services, LLC*

45331770.1